**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| CRAIG CUNNINGHAM, § § Plaintiff, § § v. § § AIR VOICE, INC., § § Defendant. § § | CIVIL ACTION NO. 4:19-CV-0096-ALM-CAN |

## ORDER

Pending before the Court is Plaintiff's Motion to Strike the Defendant's Answer [Dkt. 13], which was filed on March 29, 2019. Defendant shall file a response to this motion no later than ***Monday, April 22, 2019, at 5:00 p.m***.

The Clerk of Court is directed to mail a copy of this Order to the addresses provided to the Court for Defendant's Corporate Officer, Vivek Babbar, at 3 Mervyn Street, Kellyville, NSW 2155, Sydney, Australia as indicated in Defendant's Answer [Dkt. 12] and to Defendant's Registered Agent at Air Voice, Inc. C/O Registered Agent, Incorp. Services, Inc., 1910 Thomes Avenue, Cheyenne, Wyoming 82001.

**IT IS SO ORDERED**.
**SIGNED** this 1st day of April, 2019.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE