The United States Magistrate Judge Christine A Nowak
United States Courthouse Annex
200 North Travis Street,
Sherman Division
Texas 75090
US

FAX: +1 (903) 892-2415

Date : 9th Apr 2019

Civil Action No : 4 :19- CV-0096-ALM-CAN

Dear Mr. Christine A Nowak,

I have received correspondence from the court requesting that I file a response to the Plaintiffs motion to strike out the Defendants answer by 22 April 2019.

I can confirm that I have not received any document from the Plaintiff or the Court detailing the motion therefore I am not entirely sure what I should be responding.

As previously stated I am not familiar with the Court process and would appreciate some assistance. I await your urgent response.

Thanks

*[signature]*

Vivek Babbar

3 Mervyn Street, Kellyville, NSW 2155, Australia

Email Id : Babbar.vivek@gmail.com