# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | § |
| | § Civil Action No. 4:19-CV-96 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| AIR VOICE, INC. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On January 21, 2020, the report of the Magistrate Judge (Dkt. #28) was entered containing proposed findings of fact and recommendations that Plaintiff Craig Cunningham's Motions to Strike (Dkts. #13; #17) be granted to the extent such motions strike Defendant Air Voice, Inc.'s purported answer from the record.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motions to Strike (Dkts. #13; #17) are **GRANTED**, and Defendant's purported answer (Dkt. #12) is stricken from the record.

**IT IS SO ORDERED**.

**SIGNED this 26th day of February, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE